UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-08-6030-CAS (JWJx) | Date | October 3, 2008 |
|---|---|---|---|
| Title | Raffi Baghtchedjian et al. v. Aviva et al. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **ORDER TO SHOW CAUSE RE: WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

**I.    INTRODUCTION**

On September 10, 2008, plaintiffs Raffi Baghtchedjian and Nisan Papazyan filed the instant class action against defendant insurance companies Aviva, Norwich Union Life Insurance Society, Commercial Union Insurance Company, CGNU, General Accident, and Does 1 through 10. Plaintiffs allege that class members are entitled to benefits under insurance policies issued by defendants between 1880 and 1930 to ethnic Armenians living in Turkey. Compl. ¶ 39.

Plaintiffs allege that this Court has diversity jurisdiction over the instant action pursuant to 28 U.S.C. § 1332. However, plaintiffs fail to allege sufficient facts to support a finding that they meet the amount in controversy requirement under 28 U.S.C. § 1332. Federal courts may exercise diversity jurisdiction over a class action suit where at least one plaintiff's claim exceeds the amount in controversy requirement of $75,000. 28 U.S.C. 1332(a); Exxon Mobil Corp. v. Allapattah Services, Inc., 545 U.S. 546, 559 (2005). The Class Action Fairness Act (CAFA), 28 U.S.C. 1332(d) also grants district courts jurisdiction over class actions if the aggregate amount in controversy is greater than $5,000,000. 28 U.S.C. 1332(d); Exxon, 545 U.S. at 571.

Plaintiffs do not allege that a single plaintiff's claim exceeds $75,000, or that the aggregate amount in controversy exceeds $5,000,000. Instead, plaintiffs allege that the aggregate amount in controversy exceeds $75,000. Without a showing that at least one

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV-08-6030-CAS (JWJx) | Date | October 3, 2008 |
|---|---|---|---|
| Title | Raffi Baghtchedjian et al. v. Aviva et al. | | |

plaintiff's claim exceeds $75,000, or, in the alternative, that the aggregate amount in controversy exceeds $5,000,000, this Court cannot conclude that it has jurisdiction over this action.

    Plaintiff is hereby ORDERED TO SHOW CAUSE on or before October 20, 2008, why the instant action should not be dismissed for lack of subject matter jurisdiction.

    IT IS SO ORDERED.

                                                                                                                                                                             00 : 00

Initials of Preparer    CMJ