UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-6030 CAS (JWJx) | Date | August 21, 2009 |
|---|---|---|---|
| Title | RAFFI BAGHTCHEDJIAN; ET AL. v. AVIVA LIFE INSURANCE COMPANY OF NEW YORK; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers:) Order to Show Cause

It is hereby ordered that PLAINTIFFS show cause in writing no later than **September 11, 2009** why this action should not be dismissed in light of the Ninth Circuit Court of Appeals decision in <u>Vazken Movsesian v. Victoria Versicherung</u>, No. 07-56722, 2009 WL 2526676 (9th Cir. 2009).

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |