YEGHIAYAN & ASSOCIATES
A Professional Law Corporation
Vartkes Yeghiayan, SBN 41773
Rita Mahdessian, SBN 141901
535 N. Brand Blvd., Suite 270
Glendale, CA 91203
Tel: (818) 242-7400, Fax: (818) 242-0114
vartkesy@sbcglobal.net

Attorneys for Plaintiffs, Raffi Baghtchedjian and Nisan Papazyan

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

RAFFI BAGHTCHEDJIAN, NISAN PAPAZYAN, on Behalf of Themselves and as Representative Class Plaintiffs,

Plaintiffs,

v.

AVIVA Life Insurance Company of New York, a Corporation; AVIVA USA Group; AVIVA, PLC, a British Corporation, successor in interest to the merger of NORWICH UNION, a British Corporation and COMMERCIAL GENERAL ACCIDENT UNION (CGU), a British Corporation; and DOES 1 through 10, inclusive,

Defendants.

Hon. Christina A. Snyder

Case No. CV08-06030 CAS (JWJx)

**ORDER RE BRIEFING SCHEDULE FOR AVIVA PLC'S, AVIVA USA CORPORATION'S AND AVIVA LIFE AND ANNUITY COMPANY OF NEW YORK'S MOTIONS TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**

**ORDER**

Having considered the Plaintiffs' Unopposed Request Re Briefing Schedule for Aviva PLC's, Aviva USA Corporation's and Aviva Life and Annuity Company of New York's Motions to Dismiss the First Amended Class Action Complaint ("Motions to Dismiss"), the Court enters as order the following briefing schedule requested:

The Court's September 16, 2009, Order extending the briefing and hearing schedule is rendered moot.

Plaintiffs shall file and serve their supplemental opposition memorandum within 60 days of the Ninth Circuit's denial of the petition for rehearing in *Movsesian v. Victoria Versicherung AG*, No. 07-56722, 2009 WL 2526676 (9th Cir. Aug. 20, 2009) (the "Petition"), or, in the event the Ninth Circuit grants the Petition, within 60 days of the Ninth Circuit's en banc ruling on the merits.

Defendants shall file and serve their reply papers to Plaintiffs' Oppositions to the Motions to Dismiss within 14 days from the date Plaintiffs file their supplemental opposition memorandum.

IT IS SO ORDERED.

Dated: __10/7/09___________________________

Christina A. Snyder

The Hon. Christina A. Snyder
United States District Court Judge

257486